# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-9969 MRW | Date | March 26, 2015 |
| Title | GnH, LLC v. OneClick Cleaners, Inc. | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: STATUS OF CIVIL ACTION

   Plaintiff filed this civil action on December 31, 2014. The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program. The program sets important deadlines by which the parties must decide whether or not to consent to Magistrate Judge jurisdiction. A precursor to these deadlines is timely service of the summons and complaint on all parties.

   Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is required to serve process in this action within 120 days of commencement of the action, or by April 30, 2015. However, according to the Court's review of the docket, <u>no</u> proof of service has been filed in the action yet, and no defendant has appeared in the action to date.

   In order to properly administer the Direct Assignment Program and advance this action in compliance with this Court's deadlines, Plaintiff is ORDERED to show cause why the action should not be dismissed for failure to prosecute or returned to the civil wheel for reassignment to a District Judge. Plaintiff may discharge this order by filing a statement regarding the status of the action (not to exceed 3 pages) plus proof of service of process by or before April 17, 2015.

   Failure to respond to this OSC and to complete service by the date required under Rule 4 will be deemed consent to the dismissal of the action.